UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: **VIRGINIA PERALTA**          Case No.:    **17-29267-VFP**

Chapter:    **7**

Judge:    **Vincent F. Papalia**

---

### NOTICE OF PROPOSED ABANDONMENT

---

Benjamin A. Stanziale, Jr., Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk
United States Bankruptcy Court
50 Walnut Street
Newark, New Jersey 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papala on October 10, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3B . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of Property: | **Debtor was struck by a vehicle while crossing the street on June 14, 2016 and sustained injuries. Debtor filed a lawsuit. The lawsuit has been settled for $35,000.00, the maximum amount of available insurance recovery. After payment of attorney fees, the recovery would not exceed Debtor's claimed exemption and therefore the Trustee seeks to abandon the recovery as being on inconsequential value to the estate.** |
|---|---|

| Liens on property: | |
|---|---|

| Amount of equity claimed as exempt: **$23,675.00** | |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:    Benjamin A. Stanziale, Jr., Trustee

Address:    29 Northfield Avenue, Suite 201, West Orange, New Jersey 07052

Telephone No.: (973) 731-9393

United States Bankruptcy Court
District of New Jersey

In re:  
Virginia Peralta  
    Debtor

Case No. 17-29267-VFP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2      Date Rcvd: Sep 12, 2018  
                     Form ID: pdf905     Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2018.

```
db             +Virginia Peralta,    101 Wilson Ave Apt 9,    Kearny, NJ 07032-2453
aty            +Greenberg, Walden & Grossman, LLC,    425 59th Street,    West New York, NJ 07093-2107
aty            +STANZIALE & STANZIALE, P.C.,,    29 Northfield Avenue,    Suite 201,    West Orange, NJ 07052-5358
517081477      +AES/SUNTRUST BANK,    POB 61047,    Harrisburg, PA 17106-1047
517081480      +American Express,    P.o.Box 981537,    El Paso, TX 79998-1537
517218872       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
517081481      +BEST BUY/CBNA,    PO BOX 6497,    Sioux Falls, SD 57117-6497
517081486      +CDGCSV70,    PO BOX 1022,    Wixom, MI 48393-1022
517081487      +CHASE BANK USA,    PO BOX 15298,    Wilmington, DE 19850-5298
517081488      +CITICARDS CBNA,    PO BOX 6241,    Sioux Falls, SD 57117-6241
517081489      +CLIENT SERVICES, INC.,    3451 HARRY S. TRUMAN BLVD,    Saint Charles, MO 63301-9816
517081492      +DSNB/MACYS,    PO Box 8218,    Mason, OH 45040-8218
517081494     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates,    PO BOX 12903,    Norfolk, VA 23541)
517081495      +Pressler&Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
517081496      +Special Civil Part Hudson County,    595 Newark Ave,    Jersey City, NJ 07306-2394
517081507     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Corp,    5005 N River Blvd NE,
                 Cedar Rapids, IA 52411)
517081508      +Toyota Motor Credit Corp,    PO BOX 4102,    Carol Stream, IL 60197-4102
517081509      +UNITED COLLECTION BUREAU, INC,    5620 SOUTHWICK BLVD,    206,    Toledo, OH 43614-1501
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 12 2018 23:56:06     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 12 2018 23:56:03      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2018 23:53:00
                 Synchrony Bank c/o PRA Receivables Management, LLC,    Valerie Smith,    PO BOX 41021,
                 Norfolk, VA 23541-1021
517081478      +E-mail/Text: banko@acsnv.com Sep 12 2018 23:56:34      ALLIED COLLECTIONS SVCS,
                 3080 S DURANGO DR #208,    Las Vegas, NV 89117-9194
517081479      +E-mail/Text: bnc@alltran.com Sep 12 2018 23:55:11      ALLTRAN FINANCIAL, LP,    PO BOX 722929,
                 Houston, TX 77272-2929
517081482      +E-mail/Text: cms-bk@cms-collect.com Sep 12 2018 23:55:36      CAPITAL MANAGEMENT SERVICES,
                 698 1/2 SOUTH OGDEN ST,    Buffalo, NY 14206-2317
517081491      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 12 2018 23:55:44      COMMENITY BANK,
                 PO BOX 182789,    Columbus, OH 43218-2789
517081483      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 12 2018 23:53:42      Capital One,
                 PO BOX 30281,    Salt Lake City, UT 84130-0281
517081484      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 12 2018 23:53:42      Capital One,
                 PO Box 30253,    Salt Lake City, UT 84130-0253
517206094       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 12 2018 23:53:42
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517081485      +E-mail/Text: bankruptcy@cavps.com Sep 12 2018 23:56:27      Cavalry Potrfolio Svcs,
                 PO BOX 27288,    Tempe, AZ 85285-7288
517192512      +E-mail/Text: bankruptcy@cavps.com Sep 12 2018 23:56:27      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517081493      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 12 2018 23:56:02      MIDLAND FUNDING, LLC,
                 2365 NORTHSIDE DR, STE 300,    San Diego, CA 92108-2709
517262693      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 12 2018 23:56:02      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517232033       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 13 2018 00:16:48
                 Portfolio Recovery Associates, LLC,    c/o Avenue,    POB 41067,    Norfolk VA 23541
517232035       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 13 2018 00:16:55
                 Portfolio Recovery Associates, LLC,    c/o Old Navy,    POB 41067,    Norfolk VA 23541
517232029       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 13 2018 00:16:48
                 Portfolio Recovery Associates, LLC,    c/o TJX,    POB 41067,    Norfolk VA 23541
517325058      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 12 2018 23:54:33
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
517081497       E-mail/Text: appebnmailbox@sprint.com Sep 12 2018 23:56:00      Sprint,    PO Box 4191,
                 Carol Stream, IL 60197
517081499      +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2018 23:53:35      SYNCB/OLD NAVY,    p.o.box 965005,
                 Orlando, FL 32896-5005
517081500       E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2018 23:53:35      SYNCB/OLD NAVY,    P.O.Box 965015,
                 Orlando, FL 32896-5015
517081503       E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2018 23:54:17      SYNCB/TJX CO DC,    P.O.Box 965015,
                 Orlando, FL 32896-5015
517081504      +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2018 23:53:36      SYNCB/TJX CO PLCC,
                 PO BOX 965015,    Orlando, FL 32896-5015
```

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Sep 12, 2018
                              Form ID: pdf905          Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517081505       +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2018 23:53:00      SYNCB/TOYSRUS,   P.O.BOX 965036,
                 Orlando, FL 32896-5036
517081506       +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2018 23:53:37      SYNCB/VAUGAN BASSETT,
                 PO BOX 965036,    Orlando, FL 32896-5036
517081498       +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2018 23:53:01      Syncb/ PC Richard,
                 P.O.BOX 965036,    Orlando, FL 32896-5036
517082596       +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2018 23:53:36      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517081490       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 12 2018 23:55:44     comenity bank/,
                 p.o.box 182789,    Columbus, OH 43218-2789
                                                                                              TOTAL: 28

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517081501*      +SYNCB/OLD NAVY,    P.O.BOX 965015,   Orlando, FL 32896-5015
517081502*      +SYNCB/PC Richard,    PO BOX 965036,   Orlando, FL 32896-5036
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2018 at the address(es) listed below:
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com, nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com, nj45@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Keith Anderson    on behalf of Debtor Virginia  Peralta keith@kaesq.com,
               r39863@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```